

119 South Main Street
DeForest, WI 53532
Phone: (608) 846-7230
Fax: (608) 846-7232
dan@jardinelawoffice.com
Website:  www.jardinelawoffice.com

January 22, 2014

**BY ECF**
Atty. Michael Cascino
Cascino Vaughan Law Office, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607

      Re:   *Schmoll v. Certainteed Corporation, et al.*
              Case No. 3:98-cv-693

Atty. Cascino:

We hare received notice of a telephonic status conference on February 27 at 1:00, and you are responsible for setting up the call to chambers. Please take note that I will be available at the following number at the time of the conference: 608-345-5944. Thank you.

Sincerely,

*Dan Jardine*

Daniel G. Jardine

cc:    Clerk, W. District of Wis. (by ECF)