DOC NO
REC'D/FILED
2014 MAY 16 PM 3:29
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

CASE REASSIGNMENTS

ORDER

Pursuant to 28 U.S.C. § 137, the following actions are hereby REASSIGNED to United States District Judge James D. Peterson:

| | |
|---|---|
| 98-cv-693 | Charles Asmundsen v. Anchor Packing Company |
| 12-cv-697 | Charles Lamar v. Lizzie Tegels |
| 12-cv-837 | Elbert R. Compton v. Sequin, et al |
| 12-cv-888 | Clifton R. Evans v. Carolyn W. Colvin |
| 12-cv-919 | Marcia D. Oleson v. Carolyn W. Colvin |
| 13-cv-31 | Michael B. Ellsworth v. Carolyn W. Colvin |
| 13-cv-108 | Gregory E. Contreras-Kolberg v. Carolyn W. Colvin |
| 13-cv-116 | James Robinson v. Lizzie Tegels |
| 13-cv-126 | United States of America v. Real Property Located at 3883 Roddick Lane, Platteville, Grant County, Wisconsin |
| 13-cv-145 | Rodney Redmond v. Dawn Laurent, et al |
| 13-cv-192 | Raychel Reiff v. Board of Regents of the University of Wisconsin System, et al |
| 13-cv-193 | Walter Blanck v. Mil. FBI, et al |
| 13-cv-197 | University of Wisconsin Hospital and Clinics, Inc. v. Aetna Life Insurance Co. |
| 13-cv-202 | Christopher Hamlin v. Scott Ross, et al |
| 13-cv-223 | Sealed Case |

| | |
|---|---|
| 13-cv-236 | Mark Pape v Carolyn W. Colvin |
| 13-cv-284 | John L. Dye, Jr. v. Byran Bartow |
| 13-cv-306 | James Joseph Henke v. Michael Baenen |
| 13-cv-331 | John L. Lomax v. Carolyn W. Colvin |
| 13-cv-342 | Lamont D. Walker v. Chad Keller, et al |
| 13-cv-350 | Sealed Case |
| 13-cv-365 | Amy Rodenberg v. Carolyn W. Colvin |
| 13-cv-367 | Lawrence Northern v. A. Baumgart, et al |
| 13-cv-382 | Quincy M. Neri v. Sentinel Insurance Company LTD, et al |
| 13-cv-385 | Gable D. Hall v. David Melby |
| 13-cv-394 | Troy Shesler v. Carol Briones, et al |
| 13-cv-415 | Wayne Ray Wick v. Swift Transportation Co. Of Arizona, LLC |
| 13-cv-418 | Tom Beu Xiong v. Jennifer A. Fischer, et al |
| 13-cv-442 | Robert H. Mason v. Auto Truck Transport USA Inc., et al |
| 13-cv-446 | Kenneth A. Roberts v. Deb McCulloch |
| 13-cv-455 | Ralph H. Jurjens, III v. County of La Crosse, Wisconsin, et al |
| 13-cv-460 | Christopher Harvey v. First National Bank, N.A., et al |
| 13-cv-472 | Employers Insurance Company of Wausau v. Hartford Accident and Indemnity Company, et al |
| 13-cv-483 | United States of America v. 2007 Honda Civic EX Sedan |
| 13-cv-497 | Kathleen Wagner v. Pfizer, Inc. and Greenstone, Ltd., et al |
| 13-cv-502 | Sealed Case |
| 13-cv-520 | Jeffrey Chidester, et al v. Camp Douglas Farmers Cooperative, et al |

| | |
|---|---|
| 13-cv-521 | Jennifer Chidester-Roesch v. Camp Douglas Farmers Cooperative, et al |
| 13-cv-529 | Roberta Fosbinder-Bittorf v. SSM Health Care of Wisconsin, Inc. |
| 13-cv-536 | Patricia Simpson-German v. State of Wisconsin Department of Health Services |
| 13-cv-550 | Kurtis R. Roningen v. Carolyn W. Colvin |
| 13-cv-554 | United States of America v. $7,000.00 United States Currency, et al |
| 13-cv-556 | David John Longway v. Carolyn W. Colvin |
| 13-cv-558 | Norma Rosadinio Prince v. Carolyn W. Colvin |
| 13-cv-566 | Timothy Coleman v. Robert Herman, et al |
| 13-cv-567 | Jeffrey Von Deauxplette v. David Nyhus, et al |
| 13-cv-568 | University of Wisconsin Hospital and Clinics, Inc. v. Kraft Foods Global, Inc. Group Benefits Plan |
| 13-cv-571 | Jessica Noll v. Midland Credit Management, Inc., et al |
| 13-cv-572 | United States of America v. $2,000 United States Currency, et al |
| 13-cv-583 | Sandra K. Campbell v. Carolyn W. Colvin |
| 13-cv-586 | UFP Ventures II, Inc. v. Viking Polymers, LLC |
| 13-cv-598 | Julio Lopez, et al v. Robbins Manufacturing Inc. |
| 13-cv-607 | Rhondalee Edwards v. Carolyn W. Colvin |
| 13-cv-608 | Marten Transport Services, LTD, et al v. Stokes Trucking, Inc. |
| 13-cv-612 | VocalTag Ltd. v. Agis Automatisering B.V. |
| 13-cv-617 | Larry Martin, et al v. Wyndham Vacation Resorts, Inc. |
| 13-cv-618 | Robert L. Collins Bey v. Tim Haines, et al |
| 13-cv-622 | Carl Walker et al v. Wyndham Vacation Resorts, Inc. |
| 13-cv-630 | Jeffrey Johll v. Carolyn W. Colvin |

| | |
|---|---|
| 13-cv-642 | Andrew T. Murphy v. The Board of Regents of the UW System, et al |
| 13-cv-650 | Thomas Jerome Fuselier v. La Crosse County |
| 13-cv-661 | Eugene Wilborn v. Kraft Foods Group, Inc. |
| 13-cv-664 | David Vasquez v. Erik Shinseki |
| 13-cv-666 | Stephanie Nagel v. Toyota Motors Credit Corporation, et al |
| 13-cv-682 | Lester John Sundsmo v. Daniel Garrigan, et al |
| 13-cv-684 | Ryan S. Diel v. Equifax Information Services, LLC, et al |
| 13-cv-686 | Barbara Harmon v. Carolyn W. Colvin |
| 13-cv-687 | John Morales, III v. Roehl Transport, Inc., et al |
| 13-cv-693 | Mason Companies, Inc. v. Dehua Han |
| 13-cv-694 | United States of America v. Real Property Located at 1916 13th Drive, Friendship, Adams County, Wisconsin |
| 13-cv–704 | Iftikhar Ahmed Memon v. Waukesha County Technical College |
| 13-cv-711 | June Vanderbilt v. Carolyn W. Colvin |
| 13-cv-713 | Diana Schaefer v. Bank Mutual |
| 13-cv-714 | Rose M. Byrd v. Wisconsin Department of Veterans Affairs |
| 13-cv-717 | Flambeau, Inc. v. Primos, Inc. |
| 13-cv-719 | Jon Soto v. Jeffrey Pugh |
| 13-cv-724 | Dolores A. Sullivan, et al v. Dolgencorp, LLC |
| 13-cv-730 | Eddie Gene Evans v. Michael Meisner |
| 13-cv-738 | Herbert Ambrose Darden v. Timothy Douma |
| 13-cv-750 | Mstadi Winston v. Carolyn W. Colvin |
| 13-cv-752 | Darlyn Brenson v. Carolyn W. Colvin |

| | |
|---|---|
| 13-cv-754 | Loretta Heeg, et al v. Tip Top Shows, Inc., et al |
| 13-cv-755 | Sealed Case |
| 13-cv-764 | Dwight Hansel v. Prairie Industries, Inc. |
| 13-cv-765 | Sidney Coleman, et al v. David Compton, et al |
| 13-cv-770 | Martin R. Bub v. Tim Fuller, et al |
| 13-cv-771 | Dennis D. McCoy, III v. Carolyn W. Colvin |
| 13-cv-773 | Andrea Firkus v. Carolyn W. Colvin |
| 13-cv-774 | Rebecca Fox v. Carolyn W. Colvin |
| 13-cv-776 | Willie Simpson v. Scott Walker, et al |
| 13-cv-782 | Keith Ryan, et al v. Sawyer County, et al |
| 13-cv-783 | Pastori M. Balele v. Andrea Olmanson, et al |
| 13-cv-793 | Luciana A. Pulaski v. Carolyn W. Colvin |
| 13-cv-798 | Thaddeus Jason Karow v. Fuchs, et al |
| 13-cv-806 | Senika Waskowiak v. Carolyn W. Colvin |
| 13-cv-811 | Sealed Case |
| 13-cv-818 | United States of America v. Robert J. Besteman, et al |
| 13-cv-821 | Hakim Naseer v. Thomas Belz, et al |
| 13-cv-825 | Gladys Hintze v. United States of America |
| 13-cv-829 | Weatherproofing Technologies, Inc. v. Alacran Contracting, LLC |
| 13-cv-833 | La Crosse Technology IP Holdings, LLC v. Ambient, LLC |
| 13-cv-834 | Michael Koziara v. BNSF Railway Company |
| 13-cv-837 | Dawn M. Best v. Carolyn W. Colvin |
| 13-cv-844 | Thomas D. Franzwa v. Carolyn W. Colvin |

| | |
|---|---|
| 13-cv-849 | Thomas W. Zach v. Brian Beahm, et al |
| 13-cv-850 | Thomas W. Zach v. Jerry Marwitz, et al |
| 13-cv-851 | Thomas W. Zach v. Brian Beahm, et al |
| 13-cv-855 | Amber Schmidt v. City of Merrill, Wisconsin |
| 13-cv-856 | Amber Schmidt v. GGB Investments, L.P. |
| 13-cv-881 | Jordan D. Osborne v. Szymanski, et al |
| 14-cr-13 | United States of America v. Christopher P. Johnson and Humberto Fierro-Rascon |
| 14-cv-16 | Scott Boehm, et al v. Zimprich, et al |
| 14-cr-22 | United States of America v. David Weimert |
| 14-cr-24 | United States of America v. Kristen Smith |
| 14-cr-30 | United States of America v. Alvin C. Sowinski and Paul A. Sowinski |
| 14-cv-26 | T. D. v. Mary Lesko |
| 14-cr-33 | United States of America v. Justin Bortz |
| 14-cr-39 | United States of America v. Jeffrey Grams |
| 14-cv-41 | James Rzeplinski v. Debbie Tidquist, et al |
| 14-cr-44 | United States of America v. Bradley Green |
| 14-cr-46 | Sealed Case |
| 14-cr-47 | United States of America v. Eric Knox |
| 14-cv-49 | Monroe Truck Equipment, Inc. v. Universal Truck Equipment, Inc. |
| 14-cr-52 | Sealed Case |
| 14-cr-53 | United States of America v. Pa Xiong |
| 14-cv-53 | Cameron Stewart v. Charter Communications, Inc., et al |
| 14-cv-55 | John Rassbach v. State of Wisconsin |

| | |
|---|---|
| 14-cr-56 | United States of America v. Olver Salinas-Martinez |
| 14-cv-61 | Wanda D. Sheppard v. Superior Services, Inc., et al |
| 14-cv-68 | Matthew Tyler v. Stephanie Wick, et al |
| 14-cv-71 | Amanda Niedermeier v. Beloit Health System, Inc. |
| 14-cv-74 | Linda Topp v. Sub-Zero Freezer Company, Inc. Long Term Disability Income Plan |
| 14-cv-76 | John L. Dye, Jr. v. Bryn Bartow, et al |
| 14-cv-77 | Robert Jones v. Cheryl Knox, et al |
| 14-cv-82 | Wisconsin Laborers Pension Fund, et al v. Dane County Contracting, LLC, et al |
| 14-cv-83 | Scott Martin v. LG Electronics USA, Inc., et al |
| 14-cv-86 | Eric Rodriguez v. Timothy Haines, et al |
| 14-cv-88 | Walter Olejnik, et al v. Traci England, et al |
| 14-cv-92 | Vincent Harrell v. Charles Cole, et al |
| 14-cv-104 | Jamey Noel v. Experian Information Solutions, Inc., et al |
| 14-cv-109 | Michael J. Jones v. Swenson, et al |
| 14-cv-111 | United States of America v. One 2010 Mercury Milan Premier |
| 14-cv-113 | Jeff Johll v. Premier Recovery Group, Inc. |
| 14-cv-114 | Jonathan Robertson v. Carolyn W. Colvin |
| 14-cv-115 | Jerome Schmidt v. Carolyn W. Colvin |
| 14-cv-118 | Joseph Totman v. Carolyn W. Colvin |
| 14-cv-128 | Laurie Smith v. Ocean Spray Cranberries, Inc. Welfare Benefit Plan, et al |
| 14-cv-132 | Andrey Aponte v. Dalia Suliene, et al |
| 14-cv-135 | Walter Blanck v. Verdegen |
| 14-cv-139 | Thomas Schuelke v. Carolyn W. Colvin |

14-cv-141 Diane Luebke, et al v. Nissan North America, Inc.

14-cv-142 FourWinds Transportation, Inc., et al v. Reliable Express, LLC, et al

14-cv-146 Lorrie Marling v. Carolyn W. Colvin

14-cv-148 William Stark v. Anthony Foxx

14-cv-149 Shane Carter, et al v. GMAC Insurance Co. Online, Inc.

14-cv-153 Larry Harris v. Carrie Sutter, et al

14-cv-156 Robert Givins v. Wisconsin Central Ltd.

14-cv-163 Brenda Feggins v. Reliance Standard Life Insurance Co., et al

14-cv-165 Wisconsin Alumni Research Foundation v. Medimmune, LLC

14-cv-166 Carlos Lindsey v. Dane Esser, et al

14-cv-169 Damien Rudebush, et al v. Mitchell Lenski

14-cv-173 Myron A. Meythaler, et al v. Jeffrey Anderson

14-cv-177 Brakebush Brothers, Inc., et al v. K & J Transporting

14-cv-179 Total Administrative Services Corporation v. Taylor & Sons Insurance Agency, Inc.

14-cv-185 Peter Wingard v. Metro Kia of Madison

14-cv-187 Meister Cheese Company, LLC v. DCI Cheese Company, Inc.

14-cv-189 Sheree Marzette v. Carolyn W. Colvin

14-cv-191 Gregory Jones v. Blue Nile Express, LLC, et al

14-cv-194 Terrance Grissom v. James R. Schwochert, et al

14-cv-197 Anthony Makuski v. Carolyn W. Colvin

14-cv-198 Clifton Gann v. Carolyn W. Colvin

14-cv-205 Ricky Schaaf v. Carolyn W. Colvin

| | |
|---|---|
| 14-cv-212 | James Russell v. Carolyn W. Colvin |
| 14-cv-216 | Andrew Drake v. Aerotek, Inc. |
| 14-cv-221 | Sealed Case |
| 14-cv-223 | Stacey Gilardi v. Carolyn W. Colvin |
| 14-cv-228 | Thomas Perez v. Cargill Heating & Air Conditioning Co., Inc., et al |
| 14-cv-230 | Jim White Group, Inc. v. Holley Moulding, Inc., et al |
| 14-cv-233 | Nouis Technologies, Inc. v. Polaris Industries, Inc, et al |
| 14-cv-234 | Jon Soto v. David Gibbons, et al |
| 14-cv-239 | State of Wisconsin v. Judy Zimmerman |
| 14-cv-240 | Susan Rudolph v. Toshiba America Medical Systems, Inc., et al |
| 14-cv-245 | Chad Hansen v. Carolyn W. Colvin |
| 14-cv-252 | Wisconsin Laborers Health Fund, et al v. Allstate Concrete Cutting, Inc., et al |
| 14-cv-253 | Joseph McGraw v. Terri Marco, et al |
| 14-cv-262 | David Giffey, et al v. David Moore, et al |
| 14-cv-263 | Travis Boley v. Social Security Administration of Madison, WI |
| 14-cv-264 | Jeanne Fransway v. BAC Home Loan Servicing, LP |
| 14-cv-266 | Building Trades United Pension Trust Fund, et al v. Sirrah Construction and Company LLC, et al |
| 14-cv-270 | LoAnne Nemeth v. The Andersen Corporation Welfare Plan |
| 14-cv-274 | Sabina Burton v. Board of Regents of the University of Wisconsin System, et al |
| 14-cv-275 | Gregory Urban v. Diane Fremgen |
| 14-cv-276 | Lloyd Schuenke v. Judy Smith |
| 14-cv-280 | James Lewis v. Angela McClean, et al |

14-cv-283 John Wright, III v. Kilsdonk, et al

14-cv-284 Mark Larsen v. State of Wisconsin

14-cv-285 United States of America v. Matthew M. Schneider

14-cv-292 Daniel Krizan v. Mark Harring

14-cv-294 Billie Talbert v. Carolyn W. Colvin

14-cv-295 Mark Grahl v. Carolyn W. Colvin

14-cv-296 Discovery Bank v. Walter Bennett

14-cv-302 DM Manufacturing, Inc. v. Kusters Zima Corporation

14-cv-305 Wisconsin Masons Health Care Fund, et al v. J.W. Schultz Construction, Inc., et al

14-cv-306 Henry Weston v. William Pollard, et al

14-cv-313 Laura Marvin v. Carolyn W. Colvin

14-cv-314 Jeremy Engelking v. Labor and Industry Review Commission, et al

14-cv-318 Loren Corbeil v. Tri-State Adjustments, Inc.

14-cv-326 Damien Green v. Dawn Laurent, et al

14-cv-328 Georgia Cook v. John Hancock Life & Health Insurance Company, et al

14-cv-329 United States of America v. Real Property Located at 9730 N County Highway E, Hayward, Sawyer County, Wisconsin

14-cv-330 Bossani Praijun v. Burton Cox, et al

14-cv-332 Wesley Yarbrough v. School District of Beloit, WI, et al

14-cv-333 Kathleen Mork v. Carolyn W. Colvin

14-cv-336 Dolores Langers v. State Collection Services, Inc.

14-cv-339 Dawn Harwick v. Carolyn W. Colvin

14-cv-340 Luis Duarte v. Jeffrey Pugh, et al

14-cv-351 Cory Dean Renaud v. Waupun Correctional Institution

14-cv-352 Amy Gabel v. Northwestern Mutual

Entered this 16th day of May, 2014

BY THE COURT:

WILLIAM M. CONLEY
Chief United States District Judge