IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| *Asmundsen v. Anchor Packing Company, et al.* | Case No. 98-cv-0693 |

### Order

This matter coming to be heard on the plaintiff's Motion to Dismiss Action for Jerome Jelinski Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that Jerome Jelinski is dismissed from this action without prejudice and without costs. This order only affects Jerome Jelinski's actions and the case is to proceed as to the remaining plaintiffs.

**IT IS SO ORDERED**

Date: AUGUST 21, 2014

~~Honorable Stephen L. Crocker~~
JAMES D. PETERSON
US DISTRICT JUDGE