IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
|---|---|
| *Asmundsen v. Anchor Packing Company, et al.*, | Case No. 98-cv-0693 |

### Order

This matter coming to be heard on the *Plaintiff Donald Enerson's Motion to Dismiss John Crane Inc. Pursuant to F.R.C.P. 41 (a)(2)*, **IT IS HEREBY ORDERED** that this motion is **GRANTED**. Defendant John Crane Inc. is **DISMISSED** from this action without prejudice with each party to bear its own costs.

This order does not affect any other defendant in this action, with the case to proceed against all remaining defendants.

**IT IS SO ORDERED**

Date: 29 AUGUST 2014

~~Honorable Barbara B. Crabb~~
JAMES D. PETERSON
US DISTRICT JUDGE