IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LaVon Schmoll, individually and as Special Administrator for the Estate of Cyril C. Schmoll, deceased,<br><br>　　　Plaintiff,<br>v.<br><br>Owens-Illinois Inc., et al.,<br><br>　　　Defendants. | WI-WD Case No: 98-693-wmc |

## STIPULATION TO DISMISS

　　　IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Owens-Illinois Inc., by and through their respective attorneys, that all claims alleged against Owens-Illinois Inc. in Plaintiff's Complaint, and any amendments thereto, in the above-referenced action be dismissed without prejudice, and without costs to any of the parties herein. This stipulation does not affect Plaintiff's claims against any other party.

　　　Dated this 15th day of February, 2015.

| | |
|---|---|
| s/ Allen D. Vaughan | s/ Edward M. Casmere (*with permission*) |
| Allen D. Vaughan | Edward M. Casmere |
| Robert G. McCoy | SCHIFF HARDIN LLP |
| Cascino Vaughan Law Offices | 233 S. Wacker Drive Suite 6600 |
| 220 South Ashland Avenue | Chicago, Illinois 60606 |
| Chicago, Illinois 60661 | Telephone: 312-258-5500 |
| Telephone: (312) 377-5723 | Facsimile: 312.258.5600 |
| E-mail: allen@cvlo.com | E-mail: ecasmere@schiffhardin.com |
| 　　　　bmccoy@cvlo.com | Attorney for Defendant |
| Attorneys for Plaintiff | Owens-Illinois Inc. |