IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Schmoll v. Owens-Illinois Inc. | WI-WD Case No: 98-693-wmc<br>Remanded from E.D. PA 09-CV-61026 |

**Order**

This matter coming to be heard on the plaintiff's Motion to Dismiss Action Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that all defendants in this action are dismissed without prejudice and without costs and the case is marked CLOSED.

Date: FEBRUARY 17, 2015

*/s/ James D. Peterson*
~~Hon. William M. Conley~~
U.S. District Court Judge